UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DIMA ARTALE

                Plaintiff,

-against-

                                      Civil Action No. 06-01369

KINGS PLAZA JEEP EAGLE, INC.

                Defendant.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the respective parties hereto, that this action has been compromised and settled. Therefore, it is stipulated and agreed that all claims by plaintiff, **DIMA ARTALE**, against defendant, **KINGS PLAZA JEEP EAGLE, INC.**, be and hereby are dismissed with prejudice and without costs against either party.

Dated: New York, New York
August 25, 2006

/s/ Clara Villareal
Clara Villareal, Esq.
Law office of Mui & Villareal
Attorneys for Defendant
140 Broadway Suite 4651
(212) 858-7596

Dated: New York, New York
August 23, 2006

/s/ David M. Kasell
David M. Kasell, Esq.
Sadis & Goldberg
Attorneys For Plaintiff
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 573-8426

So Ordered

USDJ    9/5/06